**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (*If known*): _____

Chapter you are filing under:

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an
amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy
**06/24**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Ryan**<br>First name<br><br>**Patrick**<br>Middle name<br><br>**Pantusa**<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) | **Dorian**<br>First name<br><br>**Lynn**<br>Middle name<br><br>**Pantusa**<br>Last name<br><br>_____<br>Suffix (Sr., Jr, II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>**(fdba) Pantusa Towing Atlanta, LLC**<br>Business name (if applicable)<br><br>**(fdba) Pantusa Towing Nashville, LLC**<br>Business name (if applicable)<br><br>See continuation page. | **Doria**<br>First name<br><br>_____<br>Middle name<br><br>**Butler**<br>Last name<br><br>**(fdba) Towing Headquarters, LLC**<br>Business name (if applicable)<br><br>_____<br>Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - **2  3  0  6**<br>OR<br>**9**xx - xx - ___  ___  ___  ___ | xxx - xx - **9  0  6  9**<br>OR<br>**9**xx - xx - ___  ___  ___  ___ |

Debtor 1   **Ryan**   **Patrick**   **Pantusa**
Debtor 2   **Dorian**   **Lynn**   **Pantusa**

First Name     Middle Name     Last Name

Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | **8 5 - 0 9 4 4 5 8 5** <br> EIN <br><br> **8 5 - 3 0 9 9 8 1 5** <br> EIN <br><br> See continuation page. | __ __ - __ __ __ __ __ __ __ <br> EIN <br><br> __ __ - __ __ __ __ __ __ __ <br> EIN |

**5. Where you live**

| | |
|---|---|
| **31512 Scarteen** <br> Number    Street | If Debtor 2 lives at a different address: <br><br> **31512Scarteen** <br> Number    Street |
| **Fair Oaks Ranch, TX 78015** <br> City     State   ZIP Code | **Fair Oaks Ranch, TX 78015** <br> City     State   ZIP Code |
| **Kendall** <br> County | **Kendall** <br> County |
| **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address. |
| Number    Street | Number    Street |
| P.O. Box | P.O. Box |
| City     State   ZIP Code | City     State   ZIP Code |

**6. Why you are choosing *this district* to file for bankruptcy**

| | |
|---|---|
| *Check one:* | *Check one:* |
| ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. | ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. |
| ☐ I have another reason. Explain. (See 28 U.S.C. § 1408) | ☐ I have another reason. Explain. (See 28 U.S.C. § 1408) |

| Debtor 1 | Ryan | Patrick | Pantusa | | |
|----------|------|---------|---------|--|--|
| Debtor 2 | Dorian | Lynn | Pantusa | Case number *(if known)* _____ | |
| | First Name | Middle Name | Last Name | | |

## Part 2:  Tell the Court About Your Bankruptcy Case

**7.  The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.  How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.  Have you filed for bankruptcy within the last 8 years?**

☑ No.
☐ Yes.

| District | When | Case number |
|----------|------|-------------|
| _____ | _____ | _____ |
| | MM / DD / YYYY | |
| District _____ | When _____ | Case number _____ |
| | MM / DD / YYYY | |
| District _____ | When _____ | Case number _____ |
| | MM / DD / YYYY | |

**10.  Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.
☐ Yes.

| Debtor _____ | | Relationship to you _____ |
|---|---|---|
| District _____ | When _____ | Case number, if known _____ |
| | MM / DD / YYYY | |
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |
| | MM / DD / YYYY | |

**11.  Do you rent your residence?**

☑ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

- ☐ No. Go to line 12.
- ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Debtor 1 | **Ryan** | **Patrick** | **Pantusa** | |
|---|---|---|---|---|
| Debtor 2 | **Dorian** | **Lynn** | **Pantusa** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No. Go to Part 4.

☑ Yes. Name and location of business

**(fdba) Pantusa Towing Nashville, LLC**
Name of business, if any

**31512 Scarteen**
Number          Street

_____

| **Boerne** | **TX** | **78015** |
|---|---|---|
| City | State | ZIP Code |

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☑ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Debtor 1 | **Ryan** | **Patrick** | **Pantusa** | |
|---|---|---|---|---|
| Debtor 2 | **Dorian** | **Lynn** | **Pantusa** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

### Part 4:  Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.  What is the hazard?  _____

_____

_____

If immediate attention is needed, why is it needed?  _____

_____

_____

Where is the property?  _____

Number       Street

_____

City                          State       ZIP Code

| Debtor 1 | **Ryan** | **Patrick** | **Pantusa** |
|---|---|---|---|
| Debtor 2 | **Dorian** | **Lynn** | **Pantusa** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

## Part 5:  Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | Ryan | Patrick | Pantusa | |
|---|---|---|---|---|
| Debtor 2 | Dorian | Lynn | Pantusa | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts. _____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No. I am not filing under Chapter 7. Go to line 18.
☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☑ 100-199
☐ 50-99
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Ryan Patrick Pantusa**
Ryan Patrick Pantusa, Debtor 1
Executed on **03/03/2026**
MM/ DD/ YYYY

X **/s/ Dorian Lynn Pantusa**
Dorian Lynn Pantusa, Debtor 2
Executed on **03/03/2026**
MM/ DD/ YYYY

| Debtor 1 | **Ryan** | **Patrick** | **Pantusa** | |
|---|---|---|---|---|
| Debtor 2 | **Dorian** | **Lynn** | **Pantusa** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
|---|---|
| **If you are not represented by an attorney, you do not need to file this page.** | |

**X** /s/ Martin Seidler _____    Date **03/03/2026** _____
Signature of Attorney for Debtor                          MM / DD / YYYY

**Martin Seidler** _____
Printed name

**LAW OFFICES OF MARTIN SEIDLER** _____
Firm name

**One Elm Place, Suite 504** _____
Number          Street

**11107 Wurzbach Road** _____

**San Antonio** _____    **TX**    **78230** _____
City                                              State    ZIP Code

Contact phone **(210) 694-0300** _____    Email address **marty@seidlerlaw.com** _____

**18000800** _____    **TX** _____
Bar number                                      State

| Debtor 1 | **Ryan** | **Patrick** | **Pantusa** | |
|---|---|---|---|---|
| Debtor 2 | **Dorian** | **Lynn** | **Pantusa** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

**Additional Items:** Continuation Page

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **2. All other names you have used in the last 8 years (cont.)** Include your married or maiden names and any assumed, trade names and *doing business as* names. Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **(fdba) Pantusa Towing Philadelphia, LLC** <br> Business name <br><br><br> **(fdba) Pantusa Towing Colorado, LLC** <br> Business name <br> **(fdba) Vandelay Industrial Investments, LLC** <br> Business name <br> **(fdba) Pantusa Capital Ventures, LLC** <br> Business name <br> **(fdba) Towing Headquarters, LLC** <br> Business name <br> **(fdba) Hello Reviews, LLC** <br> Business name | _____ <br> Business name <br><br><br> _____ <br> Business name <br> _____ <br> Business name <br> _____ <br> Business name <br> _____ <br> Business name <br> _____ <br> Business name |

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any. (cont)** | **8  6 - 1  1  7  8  4  2  5** <br> EIN <br><br> **8  8 - 2  2  4  9  4  4  0** <br> EIN | __ __ - __ __ __ __ __ __ __ <br> EIN <br><br> __ __ - __ __ __ __ __ __ __ <br> EIN |

| | |
|---|---|
| **12. Are you a sole proprietor of any full- or part-time business? (cont.)** | **(fdba) Pantusa Towing Philadelphia, LLC** <br> Name of business, if any <br><br> **31512 Scarteen** <br> Number          Street <br><br> _____ <br><br> **Boerne**                                **TX**        **78015** <br> City                                         State        ZIP Code <br><br> *Check the appropriate box to describe your business:* <br> ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) <br> ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) <br> ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) <br> ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) <br> ☑ None of the above |

| | | |
|---|---|---|
| Debtor 1 | **Ryan** | **Patrick** | **Pantusa** |
| Debtor 2 | **Dorian** | **Lynn** | **Pantusa** |

| | | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

**Additional Items:** Continuation Page

**(fdba) Pantusa Towing Colorado, LLC**
Name of business, if any

**3152 Scarteen**
Number        Street

| | | |
|---|---|---|
| **Fair Oaks Ranch** | **TX** | **78015** |
| City | State | ZIP Code |

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☑ None of the above

| Debtor 1 | **Ryan** | **Patrick** | **Pantusa** |
|---|---|---|---|
| Debtor 2 | **Dorian** | **Lynn** | **Pantusa** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

**Additional Items:** Continuation Page

**(fdba) Vandelay Industrial Investments, LLC**
Name of business, if any

**31512 Scarteen**
Number      Street

**Fair Oaks Ranch** | **TX** | **78015**
City | State | ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☑ None of the above

| Debtor 1 | **Ryan** | **Patrick** | **Pantusa** | |
|---|---|---|---|---|
| Debtor 2 | **Dorian** | **Lynn** | **Pantusa** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

---

**Additional Items:** Continuation Page

---

**(fdba) Pantusa Capital Ventures, LLC**
Name of business, if any

**31512 Scarteen**
Number          Street

_____

**Fair Oaks Ranch**          **TX**          **78015**
City                         State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☑ None of the above

| Debtor 1 | **Ryan** | **Patrick** | **Pantusa** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Dorian** | **Lynn** | **Pantusa** | | |
| | First Name | Middle Name | Last Name | | Case number *(if known)* |

**Additional Items:** Continuation Page

**(fdba) Towing Headquarters, LLC**

Name of business, if any

**31512 Scarteen**

Number        Street

| **Fair Oaks Ranch** | **TX** | **78015** |
|---|---|---|
| City | State | ZIP Code |

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☑ None of the above

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Western District of Texas

**In re**    Pantusa, Ryan Patrick

           Pantusa, Dorian Lynn          Case No. _____

**Debtor**                                       Chapter _____**7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☑ **FLAT FEE**

For legal services, I have agreed to accept ...................................................................................   **$8,000.00**

Prior to the filing of this statement I have received ........................................................................   **$8,000.00**

Balance Due ................................................................................................................................   **$0.00**

☐ **RETAINER**

For legal services, I have agreed to accept and received a retainer of ................................................... _____

The undersigned shall bill against the retainer at an hourly rate of .......................................................... _____
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and
expenses exceeding the amount of the retainer.

2.    _____**$338.00**_____ of the filing fee has been paid.

3.    The source of the compensation paid to me was:

    ☑ Debtor         ☐ Other (specify)

4.    The source of compensation to be paid to me is:

    ☑ Debtor         ☐ Other (specify)

5.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.    Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 7:

    a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

B2030 (Form 2030) (12/25)

     b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

     c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **03/03/2026** | **/s/ Martin Seidler** |
|---|---|
| *Date* | Martin Seidler |
| | *Signature of Attorney* |

Bar Number: 18000800
LAW OFFICES OF MARTIN SEIDLER
11107 Wurzbach Road
One Elm Place, Suite 504
San Antonio, TX 78230
Phone: (210) 694-0300

**LAW OFFICES OF MARTIN SEIDLER**
*Name of law firm*

---

Date:    **03/03/2026**        **/s/ Ryan Patrick Pantusa**

        **Ryan Patrick Pantusa**

        **/s/ Dorian Lynn Pantusa**

        **Dorian Lynn Pantusa**

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **Pantusa, Ryan Patrick**
       **Pantusa, Dorian Lynn**

CASE NO

CHAPTER **7**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   **03/03/2026**   Signature           **/s/ Ryan Patrick Pantusa**
                                           Ryan Patrick Pantusa, Debtor

Date   **03/03/2026**   Signature           **/s/ Dorian Lynn Pantusa**
                                           Dorian Lynn Pantusa, Joint Debtor

Albert Uresti, MPA, PCC
233 N Pecos
San Antonio, TX 78283


Allegiant Partners
Incorporated
123 SW Columbia Street
Bend, OR 97702


Ama Recovery
3131 East Side St. #350
Houston, TX 77098


AMERICAN EXPRESS
PO BOX 297871
FORT LAUDERDALE, FL 33329


Ameris Bank
c/o Owen Babcock
100 Throckmorton #700
Fort Worth, TX 76102


Ameris Bank d/b/a Balboa
Cap.
c/o Padfield & Stout
100 Throckmorton St. #700
Fort Worth, TX 76102

Antonio Dominguez
c/o Piero Garcia
One Sugar Creek Ctr Blvd Ste 980
Sugar Land, TX 77478


Antonio Zubia
c/o Michael G. McLean
4695 N Mesa Street
El Paso, TX 79912

APPLE CARD/GS BANK USA
LOCKBOX 6112 PO BOX 7247
PHILADELPHIA, PA 19170


Araceli Robles Murillo
c/o Delaney Crocker
1302 Texas Avenue
79401


Balboa Capital Corporation
575 Anton Blvd. 1080
Costa Mesa, CA 92626


Belinda Luke
c/o Russell A. Murray
619 Arizona Avenue Ste 495
El Paso, TX 79901


Best Buy/Cbna
50 NORTHWEST POINT ROAD
ELK GROVE VILLAGE, IL 60007


Bexar County
Clerk/#2023CV00727
100 Dolorosa #104
San Antonio, TX 78205


Bexar County EMS #04
Linebarger Goggan Blair & Sampson, LLP
112 E Pecan Street Ste 2200
San Antonio, TX 78205


Bexar County, Northside ISD
Linebarger Goggan Blair & Sampson, LLP
112 E. Pecan Street Ste 2200
San Antonio, TX 78205

Bexar Cty Dist.
Clk/#2023CI18808
101 W. Nueva #217
San Antonio, TX 78205

Bexar Cty Dist. Clk/#2024-
CI-12923
101 W. Nueva #217
San Antonio, TX 78205

Bexar Cty Dist.
Clk/#2024CI15803
101 W. Nueva #217
San Antonio, TX 78205

Bexar Cty Dist.
Clk/#2024CI25330
101 W. Nueva #217
San Antonio, TX 78205

Bexar Cty Dist.
Clk/#2025TA101824
101 W. Nueva #217
San Antonio, TX 78205

Bexar Dist Clerk/#2025 CI
24609
100 Dolorosa #104
San Antonio, TX 78205

Bill Me Later, Inc.
2211 North First Street
San Jose, CA 95131

Bluevine Inc
30 MONTGOMERY ST STE 140
JERSEY CITY, NJ 07302

Broadway Bank
PO Box 17001
San Antonio, TX 78217

CAPITAL ONE BANK USA
PO BOX 31293
SALT LAKE CITY, UT 84131

Clerk Circuit Ct. -
#25-001466-CB
101 E Huron Street
Ann Arbor, MI 48104

County Clerk -
#2025-009872-1
100 W Weatherford Street Room 250
Fort Worth, TX 76196

County Clerk/No.
2025-009872-1
100 W. Weatherford #250
Fort Worth, TX 76196

Daniel Alamos Aguirre
c/o Marion Mitchell Moss
5845 Cromo Drive Ste 2
El Paso, TX 79912

David Leibowitz
Law Offices of David Liebowitz
517 Soledad Street
San Antonio, TX 78205

DISCOVER CARD
PO BOX 30939
SALT LAKE CITY, UT 84130

Dist. Clerk -
#493-04415-2024
2100 Bloomdale Road
Mckinney, TX 75071

Dist. Clerk #096-370527-25
401 W. Belknap
Fort Worth, TX 76102

Edra Bush
Linebarger Goggan Blair & Sampson, LLP
112 E Pecan Street Ste 2200
San Antonio, TX 78205

El Paso Cty Dist
Clerk/#2023DCV3903
500 East San Antonio Avenue #103
El Paso, TX 79901

El Paso Cty Dist
Clerk/#2025DCV2156
500 East San Antonio Avenue #103
El Paso, TX 79901

El Paso Cty Dist
Clerk/#2025DCV3697
500 East San Antonio Avenue #103
El Paso, TX 79901

Elizabeth Quintana
c/o Delaney Crocker
1302 Texas Avenue
Lubbock, TX 79401

Elizabeth Vietti
7402 Bluebonnet Bay
San Antonio, TX 78218

Erica Roberts and Ron
Roberts
201 Claybrook Lane
Antioch, TN 37013

First Federal Svgs &
105 W 8TH ST
PORT ANGELES, WA 98362

Forester Haynie, PLLC
P. O. Box 34
Independence, KY 41051

Freedom Mortgage Corp
951 W YAMATO RD STE 175
BOCA RATON, FL 33431

Gen Sessions Court -
#25GC21096
Justice A. A. Birch Building
408 Second Avenue N Ste 2110
Nashville, TN 37201

Gigi Mattar
Rathbone Group, LLC
5930 Royal Lane Ste E #515
Dallas, TX 75230

Gm Financial
PO BOX 181145
ARLINGTON, TX 76096

Hello Reviews, LLC
c/o United States Corporation Agents
10601 Clarence Drive Ste 250
Frisco, TX 75033

Internal Revenue Service
P.O. Box 30309
Memphis, TN 38130


Internal Revenue Service
Attn: Special Procedures Group
300 E. 8th St., STOP 5022 AUS
Austin, TX 78701


Internal Revenue Service
Special Procedures Insolv.Sec.
P.O. Box 7346
Philadelphia, PA 19101


IOU Central
600 Townpark Ln #300
Kennesaw, GA 30144


IOU Central, Inc. d/b/a IOU
Fin.
c/o T. Michael Ballases, Atty
5051 Westheimer #1200
Houston, TX 77056


Isabel Barrera/David M
Leibowitz
David McQuade Leibowitz, P.C.
517 Soledad Street
San Antonio, TX 78205


J. Andrew Robertson
Quintairos, Prieto, Wood & Boyer, PA
1700 Pacific Avenue Ste 4545
Dallas, TX 75201


Jesus Alejandro Quintana
Herrera
c/o Delaney Crocker
1302 Texas Avenue
Lubbock, TX 79401

John C. Gardner
c/o Joshua Bieganowski
801 Myrtle Avenue Ste 100
El Paso, TX 79901


Joseph D. Zopolsky
Glast Phillips & Murray, PC
14801 Quorum Drive Ste 500
Dallas, TX 75254


JP Morgan Chase Bank
270 Park Ave
New York, NY 10017


JP Morgan Chase Bank
c/o CT Corporation System
1999 Bryan St. #900
Dallas, TX 75201


JPMCB CARD SERVICES
PO BOX 15369
WILMINGTON, DE 19850


Leonel Salazar
c/o Raul B. Rodriguez
918 S Alamo Street
San Antonio, TX 78205


Leticia Rios
c/o Richard Sarabia
2943 Mossrock Drive
San Antonio, TX 78230


Martin Torres
c/o Daniela Labinoti
707 Myrtle Avenue
El Paso, TX 79901

Matthew R. McCarley
Forester Haynie, PLLC
400 N St. Paul Street Ste 700
Dallas, TX 75201


Metodio Cruz Gallegos/R.
Craig Bettis
c/o Joe Gamez, Atty
2943 Mossrock
San Antonio, TX 78230

Michael G. McLean
Gordon Davis Johnson & Shane, PC
4695 North Mesa Street
El Paso, TX 79912


Michael Rather/Matthew
McCarley
400 N. St. Paul St. #700
Dallas, TX 75201


Midland States Bank
aka Midland Equipment Finance
1801 Park 270 Drive #200
Saint Louis, MO 63146


Midland States Bank
1801 Park 270 Drive Ste 200
Saint Louis, MO 63146


Mile High Borrower 1 Core
LLC
7402 Bluebonnet Bay
San Antonio, TX 78218


Missouri Higher Educ
633 SPIRIT DR
CHESTERFIELD, MO 63005

Navitas Credit Corp.
201 Executive Center Drive Ste 100
Columbia, SC 29210


Omar Ronquillo
c/o Paris Maulet
11811 North Freeway Ste 700
Houston, TX 77060


Omega Haul LLC
12506 Milset Way
San Antonio, TX 78253


Owen Babcock/Padfield &
Stout
100 Throckmorton 700
Fort Worth, TX 76102


Padfield & Stout/Midland
State Bank
ATTN: Stephanie Reynolds
100 Throckmorton Street Suite 700
Fort Worth, TX 76102

Pantusa Towing & Recovery,
LLC
31512 Scarteen
Boerne, TX 78015


Pantusa Towing El Paso, LLC
31512 Scarteen
Fair Oaks Ranch, TX 78015


Piero Garcia
The Leon Law Firm, PC
One Sugar Creek Center Blvd Ste 980
Sugar Land, TX 77478

R. Craig Bettis
Joe A. Gamez Law Firm, PC
2943 Mossrock Drive
San Antonio, TX 78230


R. Javier Guerra
Sheehy, Ware, Pappas & Grubbs, PC
112 E Pecan Street Ste 450
San Antonio, TX 78205


RANDOLPH BROOK FED CR
PO BOX 2097
UNIVERSAL CITY, TX 78148


Raul B. Rodriguez
Raul B. Rodriguez Law, PC
918 S Alamo Street
San Antonio, TX 78205


Richard Sarabia
Law Office of Joe A. Gamez, PC
2943 Mossrock Drive
San Antonio, TX 78230


Sarah M. Montgomery
Jackson Walker LLP
2323 Ross Avenue Ste 600
Dallas, TX 75201


Select Sourcing Solutions, LLC
c/o Gene R. Rosas
319 Maverick Street Ste 2289
San Antonio, TX 78212


Small Business
Administration
2120 Riverfront Dr Suite 100
Little Rock, AR 72202

State Farm Claims
PO Box Box 52250
Phoenix, AZ 85072


Stephanie A. Reynolds
Padfield & Stout LLP
100 Throckmorton Street Ste 700
Fort Worth, TX 76102


Sumitomo Mitsui Fin and Lsg
666 Third Avenue 8th Floor
New York, NY 10017


SYNCB/CARE CREDIT
PO BOX 71757
PHILADELPHIA, PA 19176


Syncb/Lowes
PO BOX 71746
PHILADELPHIA, PA 19176


Syncb/Paypal
PO BOX 71746
PHILADELPHIA, PA 19176


Syncb/Synchrony Netw
PO BOX 71757
PHILADELPHIA, PA 19176


Tarrant County
Clk/#2025-009872-1
100 W. Weatherford St.
Ft. Worth, TX 76196

Tarrant Cty Dist Clerk -
#096-370527-25
100 North Calhoun Street
Fort Worth, TX 76196

Tarrant Cty Dist. Clerk
#096-374808-26
100 N. Calhoun
Ft. Worth, TX 76196

Texas Attorney General
Bankruptcy Division
P.O. Box 12548
Austin, TX 78711

Texas Comptroller of Public
Accounts
Revenue Acct Division - Bankruptcy
P.O. Box 13528 Capitol Station
Austin, TX 78711

Texas Workforce Commission
101 E. 15th St. #354
Austin, TX 78778

Towing Headquarters, LLC
c/o United States Corporation Agents
10601 Clarence Drive Ste 250
Frisco, TX 75033

Trucking Leads, LLC
c/o United States Corporation Agents
10601 Clarence Drive Ste 250
Frisco, TX 75033

Unifi Equipment Finance, Inc.
801 W Ellsworth Road
Ann Arbor, MI 48108

United States Attorney
Attn: AUSA
601 N.W. Loop 410 #600
San Antonio, TX 78216


USAA FEDERAL SAVINGS B
PO BOX 47504
SAN ANTONIO, TX 78265


USAA/Christopher Hanson
c/o Rathbone Group, LLC
5930 Royal Lane Suite E-515
Dallas, TX 75230


Vandelay Industrial
Investments, LLC
c/o Ryan Pantusa
31512 Scarteen
Boerne, TX 78015

Veritext Legal Solutions
600 N Pearl Street Ste 2230
Dallas, TX 75201


Vision Insurance Company
c/o Paris Maulet
11811 North Freeway Ste 700
Houston, TX 77060


WELLS FARGO CARD SER
PO BOX 393
MINNEAPOLIS, MN 55480


William J. Stapleton
126 South Main Street
Ann Arbor, MI 48104